[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 16-10592
Non-Argument Calendar
_____

D.C. Docket No. 2:15-cr-00022-LGW-RSB-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CRAIG LAMAR ELKINS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Georgia
_____

(December 28, 2016)

Before JULIE CARNES, JILL PRYOR and BLACK, Circuit Judges.

PER CURIAM:

Nathan Williams, appointed counsel for Craig Elkins in this direct criminal

appeal, has moved to withdraw from further representation of the appellant and

filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Elkins's conviction and sentence are **AFFIRMED**.